FILED

SEP 13 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____Waco_____ DIVISION

Joseph Ross Huffman
_____
(Enter your full name)
                    Plaintiff(s)

v.                                          CASE NUMBER: W16CA362
                                            (To be supplied by Intake Deputy)

Davide Moscato
_____
(Enter full name of each Defendant)
                    Defendant(s)

# COMPLAINT

1. First Paragraph (Name and Address of Plaintiff)
   Joseph Ross Huffman, 124 Chestnut DR, Copperas Cove, TX 76522
2. Second Paragraph (Name and Address(es) of Defendant(s))
   Studio Legale, Mario Lo Faro, 95129 Catania - Via G. Oberdan, 73 Italy
3. Third Paragraph (Jurisdiction Plea).
   Title 17 USC Chapter 5 Section 504(b) & Title 28 USC Chapter 28 Section 1338(b)
4. Fourth Paragraph ....
   Defendants: Crossing the infinity alt. title Across the infinity (SIAE Work # 142950886) infringes Plaintiff: Across the infinite (BMI Work #: 9205561)
5. Fifth Paragraph ...
   Full possessed revenue & injunctive relief

The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

*[signature: Joseph Ross Huffman]*

Signature
Name (Typed or Printed)     Joseph Ross Huffman
Address                     124 Chestnut DR
Telephone Number            Copperas Cove, TX 76522

Joseph Ross Huffman
124 Chestnut DR
Copperas Cove, TX 76522

**Work Title**: ACROSS THE INFINITE

| | |
|---|---|
| **BMI Work #**: 9205561 | **ISWC**: T-073.172.309-3 |
| **Date Registered**: 10/26/2007 | **Registration Origin**: Works Registration |

| **Songwriter/Composer** | **Current Affiliation** | **Shares** | **IP #** |
|---|---|---|---|
| HUFFMAN JOSEPH ROSS | BMI | 200.00% | 00500573198 |

| **Publisher** | **Current Affiliation** | **Shares** | **IP #** |
|---|---|---|---|
| EXCESS WRITER CLEARANCE | NA | 0.00% | |

e-lyricz
i
recommend
publish online / original (song)lyrics
Home | Register | How-to | Author Login                                                                October 27 |

Search

**Sept. 15. 08 - THIS SITE IS TEMP. CLOSED FOR A TOTAL SYSTEM OVERHAUL since this version is falling apart as many of you have noticed**

**PLEASE DO NOT ATTEMPT TO PUBLISH (or edit) IN THE MEANTIME. THAT WORK WILL BE LOST**
All existing lyrics untill sept 15. will reappear in the new website. All authors will recieve an email when the new site is up and running.
This will be within 4 weeks - so that is half October.
Thanx for your patience

lyric categories | Song Lyrics | theme: reflection | by: Joseph Huffman

xml

Across the infinite
(Verse 1)
Will keep going up
And never come back down
Might look back
Yet keep moving forward
Always something to the left
And something to the right
(Chorus)
Across the infinite
There is always a new world
Both out past the galaxies
To the inner mind space within
No point being limited
To powers that be
Across the infinite
Is the only way for me
(Verse 2)
Could live in a hut
And live in a palace
Live life fast
Or go a bit slower
There is never an end
As you sleep at night
(Repeat Chorus)
(Verse 3)
Could be an astronaut
Or burrow underground
I'm a freeman
I live therefore I will glory
Without breaking a sweat
Live life with all my might
(Repeat Chorus)

by **Joseph Huffman**
published 25-Oct-2007
contact Joseph Huffman for permission before you use 'Across the infinite' in any form
'Across the infinite' © 2007 Joseph Huffman/Joseph Huffman - All rights reserved
Across the infinite
Joseph Huffman

copyright ©1999-2008 www.e-LyricZ.com & Lyrics © by the individual authors, all rights reserved
FAQ | Terms of Use | Privacy policy | Contact | Bookmark e-LyricZ

**Across the infinite**  Updated Aug 1, 2016, 11:12 AM

songwriterjoeyh

Official website of Songwriter Joey Ross Huffman (BMI)

## Across the infinite

Across the infinite
By: Joseph Ross Huffman

(Verse 1)
I'll keep going up and I'll never come back down
I might look back for a glance yet I'll keep moving forward Always something to the left and is something to the right
(Chorus)
Across the infinite
There is always a new world
Both out past the galaxies
To the inner mind space within
No point being limited
To powers that be
Across the infinite
Is the only way for me
(Verse 2)
Could live in a hut and could live in a palace
Live life fast without a past or live a little bit slower
There is never an end as you lay asleep at night
(Repeat Chorus)
(Verse 3)
Could be an astronaut or could burrow underground
I'm a freeman I live therefore I will glory
Without breaking a sweat I'll live life with all my might
(Repeat Chorus)

Add files

**Comments**
Joseph Huffman
Add a comment

Recent Site Activity | Report Abuse | Print Page | Remove Access | Powered By Google Sites

**Navigation**
Official website of Songwriter Joey Ross Huffman (BMI)
Sitemap

**Navigation**



Alla: Società Italiana degli A
Divisione Musica – Ufficio D
Viale della Letteratura, 30 –

## DICHIARAZIONE DI VARIAZIONE TITOLO
*Da presentare per la variazione del titolo di un'opera o per aggiungere un titolo alternativo*

In relazione al bollettino di dichiarazione trasmesso per il deposito dell'opera musicali

**TITOLO:** ACROSS THE INFINITY

**N° di REPERTORIO:** 142950886

I sottoscritti aventi diritto dichiarano di voler:

**A.** ☒ sostituire il titolo sopraindicato con il seguente

**NUOVO TITOLO:** CROSSING THE INFINITY

*Qualora siano note, indicare qui di seguito eventuali pubbliche utilizzazioni dell'opera a*

THEORCHARD.COM – SOUNDCLOUD.COM – DAVIDEMOSE
YOUTUBE.COM – VIMEO.COM – DREAMMY.ORG

Motivazione della variazione di titolo:
☒ Libera scelta          ☐ Richiesta SIAE di variazion

**B.** ☐ aggiungere il seguente titolo alternativo

**TITOLO ALTERNATIVO:** _____

DESENZANO DEL GARDA, li 11/08/2016

**NOMINATIVO DEI DICHIARANTI**
Cognome e Nome/Denominazione

FIRMA AUTOG
Per le Edizioni app





Explore more music & audio like
Crossing the infinity
on SoundCloud.

Hear more on
SoundCloud

Cookie policy

A SiteOrigin Theme



US District Clerks Office
800 Franklin Ave., Room 380
Waco, TX 76701